UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARTIN J. WALSH, Secretary of Labor, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21cv1125 (CRC) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | ) ) ) | |
| Defendant. | ) ) ) | |

## REQUEST FOR CERTIFICATION AND FINAL JUDGMENT

Pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA" or the "Act"), 29 U.S.C. §§ 481-483, and Paragraph 7 of the Stipulation of Settlement and Order (ECF No. 11), Plaintiff Martin J. Walsh, Secretary of Labor, requests that this Court enter final judgment in this matter declaring that Dan Doyle was duly elected as District 4 National Vice President, as demonstrated by the attached Certification of Tracy L. Shanker, Department of Labor, Division of Enforcement, Office of Labor-Management Standards.  In support of this Request, Plaintiff states as follows:

### Points and Authorities

1.      On April 26, 2021, Plaintiff filed a Complaint, seeking declaratory relief, under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA or Act), 29 U.S.C. §§ 481-483, that the October 10, 2020 election conducted by the American Federation of Government Employees (Defendant) for the offices of National Vice President, District 4, and Fair Practices Affirmative Action Coordinator, District 4, is void, and directing Defendant to

conduct new nominations and a new election for the office of National Vice President, District 4, and Fair Practices Affirmative Action Coordinator, District 4, under Plaintiff's supervision, and for other appropriate relief.  ECF No. 1.

2.     On June 9, 2021, Plaintiff filed an Amended Complaint, pursuant to Fed. R. Civ. P. 15(a), removing his claim regarding the Fair Practices Affirmative Action Coordinator, District 4.  ECF No. 6.

3.     On July 27, 2021, the Parties entered into a Stipulation of Settlement and Order, directing that Defendant conduct a new caucus election under the supervision of the Secretary, for the office of National Vice President, District 4, including nominations.  ECF No. 10.

4.     Under the Stipulation of Settlement and Order, upon completion of the supervised election and resolution of any disputes or challenges, the Plaintiff must certify to the Court the name of the person elected to serve as the National Vice President, District 4, for the remainder of the current term.  *See* 29 U.S.C. § 482(c).  The Plaintiff must further certify that the supervised election was conducted in accordance with Title IV of the LMRDA and, insofar as lawful and practicable, in accordance with the provisions of the Defendant's constitutions and bylaws and District Caucus Rules.  ECF No. 10 at ¶ 7(e).

5.     Under the Stipulation of Settlement and Order, the Court retains jurisdiction of this action pending completion of the supervised election, and, upon approval of the Plaintiff's certification, shall enter a final judgment declaring that such person has been elected as shown by the certification.  *Id.* at ¶ 7(f).

6.     On July 28, 2021, this Court ordered the supervised election as set forth in the Stipulation of Settlement and Order.  ECF No. 11.

7.      As set forth in the Certification of Election and supporting Declaration of Tracy L. Shanker ("Shanker Decl."), attached hereto, the supervised election for the position of District 4 National Vice President was held on December 4, 2021.  Shanker Decl. at 1.  The supervised election was in compliance with the Order of this Court.  *Id*.  The Department of Labor received two pre-election protests and one post-election protest, all of which were resolved prior to the certification of the results.  *Id.* at 3-7.

8.      As a result of the supervised election, Dan Doyle was elected as District 4 National Vice President.  Certification of Election.

Wherefore, for the foregoing reasons set forth above and in the Shanker Decl., Defendant respectfully requests that the Court enter final judgment certifying Dan Doyle as the District 4 National Vice President.

A proposed Order is attached.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ *Darrell C. Valdez*
DARRELL VALDEZ, D.C. Bar No. 420232
Assistant United States Attorney
Patrick Henry Building, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

3

OF COUNSEL:

SEEMA NANDA
Solicitor of Labor

BEVERLY DANKOWITZ
Associate Solicitor

ELEANORE I. SIMMS
Counsel for Labor-Management Policy

LINDSY LEE
Senior Attorney

*U.S. Department of Labor*