UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN J. WALSH, Secretary of Labor,    )
United States Department of Labor,       )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )        Civil Action No. 21cv1125 (CRC)
                                         )
AMERICAN FEDERATION OF GOVERNMENT )
EMPLOYEES, AFL-CIO,                      )
                                         )
                    Defendant.           )

CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement

and Court Order entered July 28, 2021, in the United States District Court for the District of

Columbia, in accordance with the provisions of Title IV of the Labor-Management Reporting

and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and

bylaws of the defendant labor organization, insofar as lawful and practicable, and having

received complaints that were investigated and found to have no merit concerning the conduct

thereof, *see* Exhibit 1, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Dan Doyle                    District 4 National Vice President

Attached herewith is a declaration setting forth the protests concerning violations which were alleged to have occurred in the conduct of the election and the findings of the investigation of these protests.

Signed this 11th day of May, 2022.

_____
Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
U.S. Department of Labor